UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Commodity Futures Trading Commission,

        Plaintiff(s),

   -against-

Nicholas Gelfman,

        Defendant(s).

RECEIVED SDNY PRO SE OFFICE
2017 DEC 12 PM 2:44
S.D. OF N.Y.

17-cv-7181 (PKC)

**INITIAL DISCLOSURES**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-17

**I**
**LIST OF WITNESSES**

1. Christopher Rufo, Staten Island, NY; knowledge of business operation and contact with customers.
2. Thomas Ferranola, 533 Wilson Avenue, Staten Island, NY 10312; knowledge of business operation and contact with customers.
3. David Kleyman, Staten Island, NY; knowledge of business operation and contact with customers.
4. Alexander Kagan, Brooklyn, NY; knowledge of business operation and contact with customers.
5. Benjamin Bokser, Staten Island, NY; knowledge of business operation and contact with customers.
6. Angelo DiMartino, Staten Island, NY; knowledge of business operation and contact with customers.
7. Blaise Rufo, Staten Island, NY; knowledge of business operation and contact with customers.
8. Sarodh Uggalla, Staten Island, NY; knowledge of business operation and software.
9. Robert Torgov, Staten Island, NY; knowledge of business operation and software.
10. Bryce Weiner; former employee, it is not known what information this individual may have.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/17

11. Nick Desrosiers; allegedly communicated with at least one GBI officer after January, 2016.
12. Larry Markel; knowledge of business founding.

For witnesses 1-9, addresses are as last known as of January, 2016.

## II
## LIST OF DOCUMENTS

1. Assortment of various remaining business documents collected from business office in 2016, including but not limited to bills, customer forms, budgets, etc.; defendant.
2. Unknown collection of business documents; allegedly in possession of one or more witnesses listed in Part I, numbered 1-7.
3. Assortment of various documents including but not limited to customer invoices, customer manifests, budgets, miscellaneous records, etc.; Google Drive account in control of defendant.
4. Potential documents that may be used to support defendant's defense may exist on computer equipment seized by the Manhattan District Attorney's office pursuant to related criminal case No. 2017NY049091 (N.Y. Crim. Ct. N.Y. County) New York v. Nicholas Gelfman. Defendant is unable to ascertain existence or category of these documents without access to the equipment; location unknown.
5. Bank statements and records; TD Bank.
6. Bank statements and records; Santander Bank.
7. Purchase and sale records, communications; Coinbase, Inc.
8. Purchase and sale records, communications; itBit Trust Company, LLC.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12 day of December, 2017.

Nicholas Gelfman
1612 Kings Highway #17
Brooklyn, NY 11229
(347) 903-2618