UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

            Plaintiff,

    v.

GELFMAN BLUEPRINT, INC., and
NICHOLAS GELFMAN,

            Defendants.

17 Civ. 07181 (PKC)

[PROPOSED]
ORDER STAYING DISCOVERY

---

On July 23, 2018, Defendant Nicholas Gelfman and Plaintiff Commodity Futures Trading Commission jointly requested that the Court stay the discovery dates set forth in the Court's Second Amended Case Management Plan and Scheduling Order dated June 11, 2018, Dkt. #22. This is the third request to extend discovery dates in this action.

It is hereby ordered that discovery is stayed and all discovery deadlines are held in abeyance until August 31, 2018, by which date the parties will report back to the Court on the status of the matter, and, as necessary, make further requests.

                          \*     \*     \*

**SO ORDERED**
Dated: 7-26-18
New York, New York

                                                   P. Kevin Castel
                                                   United States District Judge