

## COMMODITY FUTURES TRADING COMMISSION

140 Broadway, 19th Floor
New York, New York 10005 .
Telephone: (646) 746-9700
Facsimile: (646) 746-9940

Division of
Enforcement

Gates S. Hurand
Senior Trial Attorney
646-746-9753
ghurand@cftc.gov

September 28, 2018

### BY FACSIMILE – (212) 805-7949

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Courtroom 11D
500 Pearl Street
New York, New York 10007



**Re:** *Commodity Futures Trading Commission v. Gelfman Blueprint, Inc. and Nicholas Gelfman*, **No. 17-CV-07181 (PKC)**

Dear Judge Castel:

I am a Senior Trial Attorney in the Division of Enforcement (the "Division") of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the captioned matter. Pursuant to the Court's September 4, 2018 Order (ECF No. 24), I write to report to the Court on the status of the matter. The next conference before the Court is the Case Management Conference scheduled for Wednesday, October 19, 2018, at 2:30 PM. (*See* ECF No. 24.) Discovery is currently stayed through September 30, 2018, and there are no pending motions.

As mentioned in previous letters to the Court, Defendant Gelfman has agreed to a proposed consent order. (The other defendant in the action, Gelfman Blueprint, Inc., has defaulted.) We expect to submit filings to the Court early next week such that no further stays will be necessary.

Respectfully submitted,

/s/ Gates S. Hurand

Gates S. Hurand

cc:   Nicholas Gelfman (nge6426@gmail.com)