UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED: 12/20/17             │
└─────────────────────────────────┘
```

COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,

        v.

GELFMAN BLUEPRINT, INC., and
NICHOLAS GELFMAN,

                    Defendants.

Case No. 17-07181 (PKC)

ECF Case

**CLERK'S CERTIFICATE OF
DEFAULT AS TO DEFENDANT
GELFMAN BLUEPRINT, INC.**

I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that Defendant Gelfman Blueprint, Inc. ("GBI") has not filed an answer or otherwise moved with respect to the Complaint herein. The Complaint was filed on September 21, 2017, and the Summons was issued on September 22, 2017. The Summons and Complaint were served on GBI on September 25, 2017. Proof of service on GBI was filed on September 29, 2017. By Order dated November 28, 2017, the Court directed Plaintiff to obtain a Clerk's Certificate of Default and proceed with a default motion against GBI. Dkt. # 14. The default of Defendant Gelfman Blueprint, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York.

Dated:  New York, New York
        December 20, 2017

                                        RUBY J. KRAJICK, Clerk of Court

                                        By:_____
                                            Deputy Clerk