Home

# gelfmanblueprint



# Bitcoin's Essential Hedge Fund

Leading the Bitcoin Industry in Financial Services and Technology

LOGIN REGISTER

## Our Fund

### Changing the Way You Invest in Bitcoin



Trading results are maximized during price drops.



Customers average a 7-9% monthly increase in ₿.

Home



## Access to current balances/deposits/withdrawals

FinCEN MSB Registration No. **31000064724876**

Copyright © 2015 | GELFMAN BLUEPRINT | All Rights Reserved

Terms of Service | Privacy Policy