

# The Gelfman Blueprint

Logged in as: redacted
Current Balance: 197.719 BTC
USD Equivalent: $58,297.45

Account Home | Sign out

## Deposit History

show/hide deposit statuses

2015-07-27 18:49:33 - 9.923 BTC @ $287.00/BTC = $2,847.90
2015-06-02 19:00:00 - 167.956 BTC @ $225.58/BTC = $37,887.51
Total: 177.879 BTC worth $40,735.42 at time of deposit.