


[redacted] Inc.
[redacted]
Brooklyn, NY 11223
Tel. 718-[redacted]    Fax 718-[redacted]
www.[redacted].com    e-Mail: [redacted]

October 01, 2015

As of October 1st, 2015, Gelfman Blueprint Inc. has assets under management held on Bitfinex in the amount of $841,824.92 equal to 3,520.81 bit coins at the time of this audit. The exchange rate used is $239.10/BTC

Sincerely,



[redacted] E.A. CES.

Accountant for