| Exhibit A : Restitution Calculation | | | |
|---|---|---|---|
| Customer | Deposit | Withdrawals | Net Deposits |
| Customer 1 | $4,054.94 | $0.00 | $4,054.94 |
| Customer 2 | - | - | - |
| Customer 3 | $878.93 | ($972.00) | $0.00 |
| Customer 4 | $811.62 | $0.00 | $811.62 |
| Customer 5 | - | - | - |
| Customer 6 | $2,491.72 | $0.00 | $2,491.72 |
| Customer 7 | $1,105.41 | ($461.70) | $643.71 |
| Customer 8 | - | - | - |
| Customer 9 | - | - | - |
| Customer 10 | $3,539.05 | $0.00 | $3,539.05 |
| Customer 11 | - | - | - |
| Customer 12 | $57,980.04 | $0.00 | $57,980.04 |
| Customer 13 | $14,094.00 | $0.00 | $14,094.00 |
| Customer 14 | $12,543.17 | $0.00 | $12,543.17 |
| Customer 15 | $736.29 | $0.00 | $736.29 |
| Customer 16 | $4,609.95 | $0.00 | $4,609.95 |
| Customer 17 | $3,423.38 | $0.00 | $3,423.38 |
| Customer 18 | $961.31 | $0.00 | $961.31 |
| Customer 19 | $3,213.68 | $0.00 | $3,213.68 |
| Customer 20 | $510.30 | $0.00 | $510.30 |
| Customer 21 | $12,520.33 | ($5,546.72) | $6,973.61 |
| Customer 22 | $5,017.95 | $0.00 | $5,017.95 |
| Customer 23 | $9,689.63 | $0.00 | $9,689.63 |
| Customer 24 | $405.57 | $0.00 | $405.57 |
| Customer 25 | $4,609.95 | $0.00 | $4,609.95 |
| Customer 26 | $11,758.77 | ($995.57) | $10,763.20 |
| Customer 27 | $3,165.56 | $0.00 | $3,165.56 |
| Customer 28 | $534.60 | $0.00 | $534.60 |
| Customer 29 | $11,595.47 | $0.00 | $11,595.47 |
| Customer 30 | $398.03 | $0.00 | $398.03 |
| Customer 31 | $61,572.31 | $0.00 | $61,572.31 |
| Customer 32 | $782.95 | $0.00 | $782.95 |
| Customer 33 | $1,737.45 | ($1,238.33) | $499.12 |
| Customer 34 | $4,485.05 | $0.00 | $4,485.05 |
| Customer 35 | $35.96 | $0.00 | $35.96 |
| Customer 36 | $592.68 | $0.00 | $592.68 |
| Customer 37 | $2,140.10 | $0.00 | $2,140.10 |
| Customer 38 | $14,798.21 | $0.00 | $14,798.21 |
| Customer 39 | $3,195.94 | $0.00 | $3,195.94 |
| Customer 40 | $7,395.71 | $0.00 | $7,395.71 |
| Customer 41 | $5,301.77 | $0.00 | $5,301.77 |
| Customer 42 | $236.68 | $0.00 | $236.68 |

| Customer | | | |
|---|---|---|---|
| Customer 43 | $267.30 | $0.00 | $267.30 |
| Customer 44 | $5,831.27 | $0.00 | $5,831.27 |
| Customer 45 | - | - | - |
| Customer 46 | $329.51 | ($575.42) | $0.00 |
| Customer 47 | $1,902.69 | $0.00 | $1,902.69 |
| Customer 48 | $2,629.99 | $0.00 | $2,629.99 |
| Customer 49 | $29,103.14 | $0.00 | $29,103.14 |
| Customer 50 | $11,134.50 | $0.00 | $11,134.50 |
| Customer 51 | $10,799.89 | $0.00 | $10,799.89 |
| Customer 52 | $43,224.60 | $0.00 | $43,224.60 |
| Customer 53 | $940.17 | $0.00 | $940.17 |
| Customer 54 | $51,000.00 | ($51,000.00) | $0.00 |
| Customer 55 | - | - | - |
| Customer 56 | $2,535.46 | $0.00 | $2,535.46 |
| Customer 57 | $2,675.67 | $0.00 | $2,675.67 |
| Customer 58 | $4,844.93 | $0.00 | $4,844.93 |
| Customer 59 | $2,897.78 | $0.00 | $2,897.78 |
| Customer 60 | - | - | - |
| Customer 61 | $4,271.70 | $0.00 | $4,271.70 |
| Customer 62 | $6,406.94 | $0.00 | $6,406.94 |
| Customer 63 | $8,991.00 | $0.00 | $8,991.00 |
| Customer 64 | $15,257.73 | $0.00 | $15,257.73 |
| Customer 65 | $6,439.50 | $0.00 | $6,439.50 |
| Customer 66 | $12,521.79 | ($2,430.00) | $10,091.79 |
| Customer 67 | $2,708.96 | $0.00 | $2,708.96 |
| Customer 68 | $67,322.91 | $0.00 | $67,322.91 |
| Customer 69 | $4,014.85 | $0.00 | $4,014.85 |
| Customer 70 | $195.37 | $0.00 | $195.37 |
| Customer 71 | $503.98 | $0.00 | $503.98 |
| Customer 72 | $489.40 | ($80.19) | $409.21 |
| Customer 73 | $2,010.10 | $0.00 | $2,010.10 |
| Customer 74 | - | - | - |
| Customer 75 | $495.96 | $0.00 | $495.96 |
| Customer 76 | $8,761.12 | $0.00 | $8,761.12 |
| Customer 77 | - | - | - |
| Customer 78 | - | - | - |
| Customer 79 | $4,388.09 | $0.00 | $4,388.09 |
| Customer 80 | $5,152.82 | $0.00 | $5,152.82 |
| Customer 81 | $6,154.70 | $0.00 | $6,154.70 |
| Customer 82 | $5,153.06 | $0.00 | $5,153.06 |
| Customer 83 | $456.60 | $0.00 | $456.60 |
| Customer 84 | $234.50 | $0.00 | $234.50 |
| Customer 85 | $878.93 | ($972.00) | $0.00 |
| Customer 86 | $10,652.63 | $0.00 | $10,652.63 |

| | | | |
|---|---|---|---|
| Customer 87 | $390.26 | $0.00 | $390.26 |
| Customer 88 | $1,680.10 | $0.00 | $1,680.10 |
| | | | |
| **TOTAL** | **$618,574.36** | **($64,271.93)** | **$554,734.48** |